1  SEYFARTH SHAW LLP
   Christian J. Rowley (SBN 187293)
2  560 Mission Street, 31st Floor
   San Francisco, California 94105
3  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
4  E-mail: crowley@seyfarth.com

5  Attorneys for Defendant
   WELLS FARGO BANK, N.A.
6
   Michael S. Sorgen (SBN 43107)
7  Ryan L. Hicks (SBN 260284)
   LAW OFFICES OF MICHAEL S. SORGEN
8  Richard A. Hoyer (SBN 151931)
   LAW OFFICES OF RICHARD A. HOYER
9  240 Stockton Street, 9th Floor
   San Francisco, CA 94108
10 Telephone: (415) 956-1360
   Facsimile: (415) 276-1738
11 E-mail: msorgen@sorgen.net, rhicks@sorgen.net
   rhoyer@hoyerlaw.co
12
   Stanley S. Saltzman (SBN 90058)
13 Marcus Bradley (SBN 174156)
   MARLIN | SALTZMAN LLP
14 29229 Canwood Street, Suite 208
   Agoura Hills, California 91301
15 Telephone: (818) 991-8080
   Facsimile: (818) 991-8081
16 Email: ssaltzman@marlinSaltzman.com,
   mbradley@marlinsaltzman.com
17
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANIA HERRERA and SHAMINA KHAN, and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A. and DOES 1-100, <br><br> Defendants. | Case No. CV11-1485 EMC <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

1  Pursuant to Local Rule 6-1(a), Plaintiffs and Defendant Wells Fargo Bank, N.A.,
2  ("Defendant") by and through their undersigned counsel, hereby stipulate to extend to May 4,
3  2011 the deadline for Defendant to answer or otherwise respond to the Complaint. This
4  extension will not change any hearing deadlines set by the Court, and the parties shall comply
5  with all Court scheduling orders issued to date.
6      IT IS SO STIPULATED.

8  Dated: April 18, 2011        SEYFARTH SHAW LLP

10                                                  /s/ Christian J. Rowley
                                    By: _____
11                                                Christian J. Rowley
                                           Attorneys for Defendant
12                                             WELLS FARGO BANK, N.A.

14  Dated: April 18, 2011        MARLIN | SALTZMAN LLP

15                                                /s/ Stanley S. Saltzman
                                    By: _____
16                                                Stanley S. Saltzman
                                              Marcus Bradley
17                                                Attorneys for Plaintiffs

18  PURSUANT TO STIPULATION, IT IS SO ORDERED.

20  Dated:   4/18/11
            _____
            Hon. Judge Edward M. Chen

22  13308959v.1

*IT IS SO ORDERED* — Judge Edward M. Chen (United States District Court, Northern District of California)