1  SEYFARTH SHAW LLP
   Christian J. Rowley (SBN 187293)
2  Email: crowley@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant
   WELLS FARGO BANK, N.A.
6
   Michael S. Sorgen (SBN 43107)
7  Ryan L. Hicks (SBN 260284)
   LAW OFFICES OF MICHAEL S. SORGEN
8  Richard A. Hoyer (SBN 151931)
   LAW OFFICES OF RICHARD A. HOYER
9  240 Stockton Street, 9th Floor
   San Francisco, CA 94108
10 Telephone:  (415) 956-1360
   Facsimile:  (415) 276-1738
11 E-mail:  msorgen@sorgen.net, rhicks@sorgen.net
   rhoyer@hoyerlaw.co
12
   Stanley S. Saltzman (SBN 90058)
13 Marcus Bradley (SBN 174156)
   MARLIN | SALTZMAN LLP
14 29229 Canwood Street, Suite 208
   Agoura Hills, California 91301
15 Telephone:  (818) 991-8080
   Facsimile:  (818) 991-8081
16 Email:  ssaltzman@marlinSaltzman.com,
   mbradley@marlinsaltzman.com
17
   Attorneys for Plaintiffs
18
                    UNITED STATES DISTRICT COURT
19
                    NORTHERN DISTRICT OF CALIFORNIA
20

| | |
|---|---|
| TANIA HERRERA and SHAMINA KHAN, and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>   Plaintiffs,<br><br>   v.<br><br>WELLS FARGO BANK, N.A. and DOES 1-100,<br><br>   Defendants. | Case No. C 11-01485 SBA<br><br>**ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE AND SERVE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER AND ALTERNATIVE MOTION TO STAY IN FAVOR OF A PRIOR ACTION**<br><br>Date:       November 8, 2011<br>Time:       1:00 p.m.<br>Ctroom:   1, 4th Floor<br>Judge       Saundra Brown Armstrong |

[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE AND SERVE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO TRANSFER AND ALTERNATIVE MOTION TO STAY IN FAVOR OF A PRIOR ACTION / Case No. C 11-01485 SBA

1  Pursuant to the Stipulation To Extend Time For Defendant To File And Serve Reply To
2  Plaintiff's Opposition To Defendant's Motion To Transfer And Alternative Motion To Stay In
3  Favor Of A Prior Action,
4  IT IS HEREBY ORDERED that the date for Defendant to file and serve its Reply To
5  Plaintiff's Opposition To Defendant's Motion To Transfer And Alternative Motion To Stay In
6  Favor Of A Prior Action is extended one week to July 28, 2011.
7  IT IS SO ORDERED
8  Dated: __7/25/11

*(signature)*
Hon. Saundra Brown Armstrong

13596287v.1

-2-

[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE AND SERVE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO TRANSFER AND ALTERNATIVE MOTION TO STAY IN FAVOR OF A PRIOR ACTION / Case No. C 11-01485 SBA