# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| TANIA HERRERA and SHAMINA KHAN, and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. and DOES 1-100,<br><br>　　　　Defendants. | CASE NO. 4:12-CV-00040<br><br>**CLASS ACTION (FRCP 23)**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE FILING OF FIRST AMENDED COMPLAINT, DISMISSAL OF FLSA CLAIMS AND TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA** |

///

///

///

///

///

///

1 | After considering the parties' Joint Stipulation Re Filing of First Amended Complaint, Dismissal of FLSA Claims, and Transfer to the Northern District of California, the Court orders that Plaintiffs are granted leave to file the attached First Amended Complaint. The Court hereby remands the case back to the Northern District of California.

**IT IS SO ORDERED.**

DATED: May 11, 2012

_____
Nancy F. Atlas
United States District Judge