**FILED**

AUG 24 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| TANIA HERRERA and SHAMINA KHAN, and ON BEHALF OF ALL PERSONS SIMILARLY SITUATED, | CASE NO. C 11-01485 (SBA) |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR DEFENDANT WELLS FARGO BANK, N.A. |
| vs. | |
| WELLS FARGO BANK, N.A. and DOES 1 to 100, | |
| Defendants. | |

The substitution of Glenn L. Briggs and Theresa A. Kading as attorneys of record for Defendant Wells Fargo Bank, N.A., instead of Christian J. Rowley and Timothy M. Watson, is approved and so ORDERED.

Dated: 8/23/12

_____
United States District Court

119884_1

11-01485 SBA