**MARLIN & SALTZMAN, LLP**
Stanley D Saltzman, Esq. (SBN 90058)
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
29229 Canwood Street, Suite 208
Agoura Hills, California   91301-1555
Telephone:   (818) 991-8080
Facsimile:   (818) 991-8081
ssaltzman@marlinsaltzman.com
mbradley@marlinsaltzman.com
kgrombacher@marlinsaltzman.com

**LAW OFFICES OF MICHAEL S. SORGEN**
Michael S. Sorgen, Esq. (SBN 43107)
Ryan L. Hicks, Esq. (SBN 260284)
**LAW OFFICES OF RICHARD A. HOYER**
Richard A. Hoyer, Esq. (SBN 151931)
240 Stockton Street, 9th Floor
San Francisco, California   94108
Telephone:   (415) 956-1360
Facsimile:   (415) 276-1738
msorgen@sorgen.net
rhicks@sorgen.net
rhoyer@hoyerlaw.com

*Attorneys for Plaintiff and Proposed Class*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TANIA HERRERA and SHAMINA KHAN, and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>            Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. and DOES 1-100,<br><br>            Defendants. | **CASE NO. CV11-01485 SBA**<br><br>**CLASS ACTION (FRCP 23)**<br><br>**AMENDED ORDER RE JOINT STIPULATION TO CONTINUE MEDIATION COMPLETION DATE**<br><br>**JUDGE:   Hon Saundra B. Armstrong** |

## **ORDER**

After considering the Parties' Joint Stipulation to Continue Mediation Completion Date and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline to complete private mediation is extended from December 25, 2012, to February 23, 2013.

IT IS SO ORDERED.

DATED: December 20, 2012

*[signature]*
Honorable Saundra B. Armstrong
United States District Judge