1  GLENN L. BRIGGS (SB# 174497)
   Email: gbriggs@hbwllp.com
2  THERESA A. KADING (SB# 211469)
   Email: tkading@hbwllp.com
3  HODEL BRIGGS WINTER LLP
   8105 Irvine Center Drive, Suite 1400
4  Irvine, CA 92618
   Telephone: (949) 450-8040
5  Facsimile: (949) 450-8033

6  Attorneys for Defendant
   WELLS FARGO BANK, N.A.
7
   HOYER & ASSOCIATES
8  Richard A. Hoyer (SBN 151931)
   rhoyer@hoyerlaw.com
9  Ryan L. Hicks (SBN 260284)
   rhicks@hoyerlaw.com
10 4 Embarcadero Center, Suite 1400
   San Francisco, CA 94111
11 *tel* (415) 766-3539
   *fax* (415) 276-1738
12
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TANIA HERRERA and SHAMINA KHAN, and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. and DOES 1 to 100,<br><br>Defendants. | CASE NO. C 11-01485 SBA<br><br>Hon. Saundra B. Armstrong<br>Department 1<br><br>**ORDER CONTINUING DEADLINE TO COMPLETE DISCOVERY** |
|---|---|

224692

1 **ORDER**

3   Upon review and consideration of the Stipulation of the Parties, and with good cause appearing therefore, IT IS HEREBY ORDERED that the deadline to complete discovery shall be extended to November 22, 2013.

7 Dated: _____October 11_____, 2013

_____
SAUNDRA B. ARMSTRONG
DISTRICT COURT JUDGE