GLENN L. BRIGGS (SB# 174497)
Email: gbriggs@hbwllp.com
THERESA A. KADING (SB# 211469)
Email: tkading@hbwllp.com
JOSEPH G. NADDOUR (SB# 266890)
E-mail: jnaddour@hbwllp.com
HODEL BRIGGS WINTER LLP
8105 Irvine Center Drive, Suite 1400
Irvine, CA  92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

Attorneys for Defendant
WELLS FARGO BANK, N.A.

HOYER & ASSOCIATES
Richard A. Hoyer (SBN 151931)
rhoyer@hoyerlaw.com
Ryan L. Hicks (SBN 260284)
rhicks@hoyerlaw.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
*tel* (415) 766-3539
*fax* (415) 276-1738

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TANIA HERRERA and SHAMINA KHAN, and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. and DOES 1 to 100,<br><br>Defendants. | CASE NO. C 11-01485 SBA<br><br>Hon. Saundra B. Armstrong<br>Department 1<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** |
|---|---|

235575

[PROPOSED] ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE

## **ORDER**

Upon review and consideration of the Stipulation of the Parties, and with good cause appearing therefore, IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, with all Parties bearing their own costs and fees incurred herein.

Dated: _____January 2_____, 2014

_____
SAUNDRA B. ARMSTRONG
DISTRICT COURT JUDGE